IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Kingdomware Technologies, Inc.

v.  No. 13-5042

The United States



MOTION FOR AN ENLARGEMENT OF TIME

Dear Judges and Clerk of the Court,

We respectfully request an enlargement of time of four to six months. On February 7th, our counsel suffered a massive heart attack and has been hospitalized since that time. We were unaware of his condition and unable to contact him. His family contacted us to make us aware of his condition late Tuesday, February 19th. Since that time, I have spoken with the clerk's office several times and they explained that we had to file this motion to request more time. We appreciate your consideration of our request. Thank you.

Respectfully Submitted,

LaTonya Barton
Kingdomware Technologies, Inc. (Plaintiff)
11186 Bel Aire Ct
Waldorf, MD 20603
Telephone: (301) 705-5178 x 2

Dated: February 22, 2013

A copy of this document has also been mailed to
Robert C. Bigler, Trial Attorney
Department of Justice, Civil Division, Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, DC 20044

IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Kingdomware Technologies, Inc.

v.  No. 13-5042

The United States

## MOTION FOR AN ENLARGEMENT OF TIME

Dear Judges and Clerk of the Court,

We respectfully request an enlargement of time of four to six months. On February 7th, our counsel suffered a massive heart attack and has been hospitalized since that time. We were unaware of his condition and unable to contact him. His family contacted us to make us aware of his condition late Tuesday, February 19th. Since that time, I have spoken with the clerk's office several times and they explained that we had to file this motion to request more time. We appreciate your consideration of our request. Thank you.

Respectfully Submitted,

LaTonya Barton
Kingdomware Technologies, Inc. (Plaintiff)
11186 Bel Aire Ct
Waldorf, MD 20603
Telephone: (301) 705-5178 x 2

Dated: February 22, 2013

A copy of this document has also been mailed to
Robert C. Bigler, Trial Attorney
Department of Justice, Civil Division, Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, DC 20044

IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Kingdomware Technologies, Inc.

v.  No. 13-5042

The United States

## MOTION FOR AN ENLARGEMENT OF TIME

Dear Judges and Clerk of the Court,

We respectfully request an enlargement of time of four to six months. On February 7th, our counsel suffered a massive heart attack and has been hospitalized since that time. We were unaware of his condition and unable to contact him. His family contacted us to make us aware of his condition late Tuesday, February 19th. Since that time, I have spoken with the clerk's office several times and they explained that we had to file this motion to request more time. We appreciate your consideration of our request. Thank you.

Respectfully Submitted,

*[signature]*

LaTonya Barton
Kingdomware Technologies, Inc. (Plaintiff)
11186 Bel Aire Ct
Waldorf, MD 20603
Telephone: (301) 705-5178 x 2

Dated: February 22, 2013

A copy of this document has also been mailed to
Robert C. Bigler, Trial Attorney
Department of Justice, Civil Division, Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, DC 20044

IN THE UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Kingdomware Technologies, Inc.

v.  No. 13-5042

The United States

MOTION FOR AN ENLARGEMENT OF TIME

Dear Judges and Clerk of the Court,

We respectfully request an enlargement of time of four to six months. On February 7th, our counsel suffered a massive heart attack and has been hospitalized since that time. We were unaware of his condition and unable to contact him. His family contacted us to make us aware of his condition late Tuesday, February 19th. Since that time, I have spoken with the clerk's office several times and they explained that we had to file this motion to request more time. We appreciate your consideration of our request. Thank you.

Respectfully Submitted,

*[signature]*

LaTonya Barton
Kingdomware Technologies, Inc. (Plaintiff)
11186 Bel Aire Ct
Waldorf, MD 20603
Telephone: (301) 705-5178 x 2

Dated: February 22, 2013

A copy of this document has also been mailed to
Robert C. Bigler, Trial Attorney
Department of Justice, Civil Division, Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, DC 20044