IN THE UNITED STATES COURT OF APPEAL
FOR THE FEDERAL CIRCUIT

| | | |
|---|---|---|
| KINGDOMWARE TECHNOLOGIES, INC, | ) ) ) | |
| Plaintiff-Appellant, | ) ) | |
| v. | ) ) | 2013-5042 |
| THE UNITED STATES, | ) ) | |
| Defendant-Appellee. | ) ) | |

**DEFENDANT-APPELLEE'S RESPONSE TO PLAINTIFF-APPELLANT'S MOTION FOR AN EXTENSION OF TIME**

Pursuant to Fed. R. App. P. 26(b), Defendant-Appellee, the United States, respectfully responds to Plaintiff-Appellant Kingdomware Technologies Inc.'s (Kingdomware) emergency pro se request for an extension of time within which to prepare and file its principal brief, in light of its counsel's incapacitation, which the Court accepted for filing on February 26, 2013. The United States does not oppose Kingdomware's request for an extension of time.

Respectfully submitted,

STUART F. DELERY
Principal Deputy
Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Patricia M. McCarthy
PATRICIAL M. MCCARTHY
Assistant Director

/s/ Robert C. Bigler
ROBERT C. BIGLER
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 307-0315
Fax: (202) 305-7644

March 5, 2013                    Attorneys for Respondent

# **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this <u>　5th　</u> day of <u>　March　</u>, <u>　2013　</u>, a copy of the foregoing <u>"DEFENDANT-APPELLEE'S RESPONSE TO APPELLANT'S MOTION FOR AN EXTENSION OF TIME"</u> was filed electronically.

<u>　x　</u> This filing was served electronically to all parties by operation of the Court's electronic filing system.

_____

<u>　☐　</u> A copy of this filing was served via:

    <u>　☐　</u> hand delivery

    <u>　☐　</u>  mail

    <u>　☐　</u>  third-party commercial carrier for delivery within 3 days

    <u>　☐　</u>  electronic means, with the written consent of the party being served

To the following address:

        <u>　/s/  Robert C. Bigler　</u>
            ROBERT C. BIGLER